ANTHONY CAMBARERI, Individually and as Administrator of the Estate of ANTHONY J. CAMBARERI, Deceased, Appellant, *v.* BOARD OF EDUCATION OF CITY OF ALBANY, Respondent. (Action No. 1.)

ANTHONY CAMBARERI, Appellant, *v.* BOARD OF EDUCATION OF CITY OF ALBANY, Respondent. (Action No. 2.)

Submitted September 30, 1940; decided October 8, 1940.

Motion for reargument denied and remittitur in action No. 1 amended to read: " Anthony Cambareri as administrator of the goods, chattels and credits of Anthony J. Cambareri, deceased, against The Board of Education of the City of Albany." (See 283 N. Y. 741.)